

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br>1. MALLORY MARIE ARREDONDO<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:23-CR-00215 MEMF<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __the Defendant_____, IT IS ORDERED that a detention hearing is set for __May 19, 2023_____, _____, at __1:30__  ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick_____, in Courtroom __6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __May 12, 2023_____     __Douglas F. McCormick_____
U.S. ~~District Judge~~/Magistrate Judge